AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Grimm, Paul W. | U.S. District Court, District of Maryland | 05/07/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge (active status) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

Chambers 465A U.S. Courthouse
6500 Cherrywood Lane
Greenbelt, MD 20770

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Instructor, part-time | Shemer Bar Review (lecturer) |
| 2. | Instructor, part-time | University of Maryland School of Law (adjunct faculty) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | Shemer Bar Review, lecturer | $6,450.00 |
| 2. | 2013 | ABA-MD Discovery Problems Solutions, royalties | $1,180.81 |
| 3. | 2013 | University of Maryland School of Law, adjunct faculty | $2,500.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Dietician- |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA E-Discovery Institute | 01/23-01/25 | Tampa, FL | educational seminar | travel, meals, lodging |
| 2. | American Law Institute | 05/10 | Philadelphia, PA | CLE podcast | travel |
| 3. | American Law Institute | 07/24-07/26 | Santa Fe, NM | CLE-Current Developments in Employment Law | travel, meals, lodging |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐　NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Raymond Peroutka | birthday gift-shotgun | $1,800.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑　NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. M&T Bank accounts | A | Interest | M | T | | | | | |
| 2. AXA Equitable TSA (Equi-Vest) | | None | L | T | | | | | |
| 3. Vanguard GNMA Fund IRA | B | Dividend | K | T | | | | | |
| 4. Lincoln Multi-Fund (Johns Hopkins Hosp Retirement) | | None | J | T | | | | | |
| 5. T. Rowe Price Equity Income IRA | C | Dividend | L | T | | | | | |
| 6. The Columbia Bank CD | A | Interest | J | T | | | | | |
| 7. Fidelity Cash Reserves Roth | A | Dividend | J | T | | | | | |
| 8. Fidelity Cash Reserves Roth | A | Dividend | J | T | | | | | |
| 9. T. Rowe Price Prime Reserve | A | Dividend | K | T | | | | | |
| 10. VCSP/College America Amer Fds Money Mkt Fd 529A | | None | J | T | Distributed (part) | 06/07/13 | J | | |
| 11. | | | | | Distributed (part) | 07/15/13 | J | | |
| 12. | | | | | Distributed (part) | 12/05/13 | J | | |
| 13. VCSP/College America Amer Fds Money Mkt Fd 529A | | None | K | T | Distributed (part) | 07/15/13 | K | | |
| 14. | | | | | Distributed (part) | 12/05/13 | K | | |
| 15. IRA - RBC | | | | | | | | | |
| 16. - Calamos Strategic Total Return Fund | B | Dividend | J | T | | | | | |
| 17. - Goldman Sachs Tr Equity Growth Strategy | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - RBC Bank Deposit Program | A | Dividend | K | T | | | | | |
| 19. - Invesco Equity & Income (prev Invesco Van Kampen Equity Income C) | B | Dividend | K | T | | | | | |
| 20. - MacQuarie 1st Tr Global Infrastructure Div/Inc | B | Dividend | J | T | | | | | |
| 21. - Canoe EIT Income Fund (prev Enervest Diversified Income Trust) | A | Dividend | J | T | | | | | |
| 22. - Cohen & Steers Infrastructure Fund | B | Dividend | K | T | | | | | |
| 23. - John Hancock Tax Advntgd Div/ Inc | B | Dividend | K | T | | | | | |
| 24. - AllianceBernstein Global Hi Income Fd II | B | Dividend | | | Sold | 03/04/13 | K | D | |
| 25. - Countrywide Home Loans Ser 03-40-A3 | A | Interest | J | T | | | | | |
| 26. - CS First Boston Mortgage 03-21-1A14 (Y) | | | | | | | | | |
| 27. - Banc of America Fndg Corp Ser 05-8-4A10 (Y) | | | | | | | | | |
| 28. - Citicorp Mortgage Secs Tr Ser 07-5-1A3 | A | Interest | J | T | | | | | |
| 29. - Bank of America Mtge Sec Ser 07-3-2A8 | A | Interest | J | T | | | | | |
| 30. - Wells Fargo Mtge Bkd Sec 07-10-II-A-5 | A | Interest | J | T | | | | | |
| 31. - Alternative Loan Tr 05-21CBA-9 | A | Interest | J | T | | | | | |
| 32. - CWalt Inc Mtge PC 04-35T2A-1 (Y) | | | | | | | | | |
| 33. - Countrywide Home Loan Alt Loan 04-28CB3-A-1 | A | Interest | J | T | | | | | |
| 34. - Mastr Alt Loan Trust Ser 05-3-2-A-1 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - Mastr Alt Loan Trust Ser 05-3-7-A-1 | A | Interest | J | T | | | | | |
| 36.  - Alternative Loan Trust 05-9CB-2-A-1 | B | Interest | J | T | | | | | |
| 37.  - Banc Amer Funding Corp 05-5-1A8 (Y) | | | | | | | | | |
| 38.  - Alternative Loan Trust 05-47CBA-7 | A | Interest | J | T | | | | | |
| 39.  - 1st Horizon Alt Mtge Ser 05-FA81-A-14 | A | Interest | J | T | | | | | |
| 40.  - Banc Amer Mtg Sec 05-11-1A7 (Y) | | | | | | | | | |
| 41.  - Banc of Amer Alt Ln Tr 06-7-A2 | A | Interest | J | T | | | | | |
| 42.  - Wells Fargo Mtge Bkd Sec 06-6 1-A-2 | A | Interest | J | T | | | | | |
| 43.  - Mastr Alt Loan Tr 05-2 1-A-4 | A | Interest | J | T | | | | | |
| 44.  - Mastr Alt Loan Tr 04-13 7-A-1 | A | Interest | J | T | | | | | |
| 45.  - Alternative Loan Tr 04-18CB5-A-1 | A | Interest | J | T | | | | | |
| 46.  - CSFB Mtge Bkd 04-8 II-A-1 | A | Interest | J | T | | | | | |
| 47.  - Bear Stearns Asset Bk Sec Tr 04-AC3 A-1 | A | Interest | J | T | | | | | |
| 48.  -CWalt Alt Loan Tr 04-24CB1-A-1 | A | Interest | J | T | | | | | |
| 49.  -1st Horizon Mtge 06-1 1-A-10 | A | Interest | J | T | | | | | |
| 50.  -Structured Assets Sec 03-40A 5-A | A | Interest | J | T | | | | | |
| 51.  -CitiFinancial Mtge Sec 04-1AF-4 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Clearbridge American Energy MLP Fund Inc | A | Distribution | K | T | Buy | 06/25/13 | K | | |
| 53. -Mortgage Pass Thru 03-39EXM3 | A | Interest | K | T | Buy | 09/05/13 | K | | |
| 54. -Residential Asset Sec Tr 05-A6 | B | Interest | K | T | Buy | 01/08/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/07/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 19: Name change from Invesco Van Kampen Equity Income C to Invesco Equity & Income Fund.

Part VII, line 21: Name change from Enervest Diversified Income Trust to Canoe EIT Income Fund.

Part VII, line 26: CS 1st Boston Mtge 03-21-1A14: Value of investment is below $1000.

Part VII, line 27: Bank of America Fdng Corp Ser 05-8-4A10: Investment was fully redeemed on 4/25/13. Value was less than $1000 at redemption.

Part VII, line 32: CWalt Inc Mtge PC 04-35T2A-1: Value of investment is below $1000.

Part VII, line 37: Banc Amer Funding Corp 05-5-1A8: Investment was fully redeemed on 12/26/13.. Value was less than $1000 at redemption.

Part VII-line 40: Banc Amer Mtg Sec 05-11-1A7: Value of investment is below $1000.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul W. Grimm**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544